Yitai Hu (California admission pending/yhu@akingump.com)
Sean P. DeBruine (CSB No. 168071/sdebruine@akingump.com)
Elizabeth H. Rader (CSB No. 184963/erader@akingump.com)
S. H. Michael Kim (CSB No. 203491/mkim@akingump.com)
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
1950 University Avenue, Suite 505
East Palo Alto, CA 94303
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

Attorneys for Plaintiff
Realtek Semiconductor Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>   Defendant and Counterclaim Plaintiff. | Case No. C04-4265 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR MARVELL SEMICONDUCTOR, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:          September 30, 2005<br>Time:         9:00 a.m.<br>Courtroom: 7<br>Judge:        Hon. Maxine M. Chesney |

Plaintiff Realtek Semiconductor Corp. ("Realtek") and defendant Marvell Semiconductor, Inc. ("MSI") hereby agree to modify the briefing schedule and noticed hearing date regarding MSI's pending Motion for Attorneys' Fees and Costs Pursuant to 35 U.S.C. § 285. That motion is currently noticed for hearing on September 30, 2005. The parties agree that Realtek's opposition to that motion shall be filed and served on September 16, 2005, and MSI's reply brief shall be filed and served on September 28, 2005.

Furthermore, the parties agree that the September 30, 2005 hearing date for that motion be taken off calendar and re-noticed for hearing on October 14, 2005.

Dated: September 2, 2005                      AKIN, GUMP, STRAUSS, HAUER & FELD, LLP


By:  /s/
     Sean P. DeBruine

Attorneys for Plaintiff
Realtek Semiconductor Corp.

Dated: September 2, 2005                      FISH & RICHARDSON, PC


By:  /s/
     David M. Barkan

Attorneys for Defendant
Marvell Semiconductor, Inc..

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated: September 2, 2005            By:  /s/
                                         Sean P. DeBruine

IT IS SO ORDERED:

Dated: September 2, 2005            _____
                                    Hon. Maxine M. Chesney
                                    U.S. District Court Judge